IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CHRISTOPHER PAUL CONLIN,       )
                               )
        PLAINTIFF,             )
                               )
V.                             )    Civil No.
                               )
FORD MOTOR COMPANY,            )    04-40242FDS
                               )
        DEFENDANT.             )

**COMPLAINT**

1.) The Plaintiff is a resident of Fitchburg, Massachusetts, Northern Worcester County, Massachusetts and a Citizen of the United States.

2.) The Defendant Is a corporation In Dearborn Michigan. Ford Motor Corporation is a business in the United States.

### Jurisdiction

This court has jurisdiction over this matter pursuant to 28 USCS 1332.

### Facts

On September 1, 2004 the Plaintiff purchased from the defendant a brand new Ford F-350 Super Duty Crew Cab Turbo Diesel pick up truck. The Plaintiff asserts he tendered unto the Defendant an amount in the sum of thirty six thousand four hundred eleven dollars, $36,411.00 see exhibit # 22.

(2)

Some time after the truck was driven home the Plaintiff began to experience various operating problems with the vehicle. The Plaintiff seeks relief through this court for "Motor Vehicle Product Liability" under category III. The Plaintiff lists seven counts under which relief may granted.

### Count    1

**1.)**   While driving the truck a week after the purchase price was payed the Plaintiff noticed the brake pedal seemed sluggish and spongy. Upon further inspection of the brake fluid reservoir the Plaintiff discovered the reservoir was low. See Exhibit "A." The two black marks indicate the level the Plaintiff re-filled the reservoir and then where the level was after. Showing no doubt the system was leaking even after the vehicle was serviced for a leaking brake booster. Again the brake system was still leaking. Here again the Plaintiff draws the courts attention to Exhibit "B," upon another separate inspection by the Plaintiff, he noticed leaking brake fluid dripping down the inside frame rail of the left front tire wheel well, so bad was the leak the brake fluid removed all the paint on the inner frame and seeped into the wire harness and other body parts on the inside of the frame. Further it appears the brake fluid was leaking for some time allowing the fluid to further leak into the various under body parts of the truck.

### Count    2

2.) Upon continuing a further inspection of the vehicle the Plaintiff noticed the positive battery cables from the battery mounted on top of the heat exchange manifold for the diesel engines turbo charger. Please see exhibit "C." This cable carries high voltage electricity . If it melts it can start an engine fire under the hood and probably cause death because of its close proximity to various fuel filters for the diesel engine.

(3)

### Count     3

**3.)**   In this count the Plaintiff draws the courts attention to exhibit "D."
In this area of the engine compartment the Plaintiff noticed and continues to notice an acrid smell of burnt rubber. Please note the "X" so marked in the lower right of exhibit "D." This signifying the origin of the "burnt Rubber smell." Upon further inspection the Plaintiff noticed a positive battery cable run near the air intake, this cable seems short and not properly placed.

### Count     4

**4.)**   While continuing to check the vehicle for other problems the Plaintiff noticed on the right rear door a discolored door handle. Please see exhibit "E."

### Count     5

**5.)** Upon continuing his inspection of the truck the Plaintiff noticed the underside of the hood is missing the insulation blanket used to absorb the excessive heat from the diesel engine. Please see exhibit "F." Plaintiff asserts that Ford Motor Company did not properly shield the hood from the engine area their by creating an unsafe and hazardous area and possible fire hazard as well.

### Count     6

**6.)**   Plaintiff draws the courts attention to Exhibit G. In this exhibit Plaintiff notices a white substance material that is apparently glued or affixed to the vehicle.

Page (4)

**Count      7**

**7.)**  In this count the Plaintiff draws the courts attention to the fact that aside from the other problems the truck vibrates at various speeds near the left front end of the truck. Further the truck is hard to start at times. It takes longer cranks to turn the truck over.

**8.)** Wherefore the Plaintiff asks for trial by jury on all matters before this court and to award him two hundred and fifty thousand dollars in damages and any other relief they court may deem proper and just.

Signature  *Christopher Paul Conlin*

Name  Christopher Paul Conlin

Address  3  Lynn Street
            Fitchburg, Ma 01420

Cell #           (603)-520-2367
Home & Fax    (978)-343-3945

**OFFICIAL CHECK**

**Fleet**

Remitter CHRISTOPHER LONLIN

252162072

23-87
1020

JUN 30, 04
Date

81949
PAY
TO THE ORDER OF  ***$34,000**DOLLARS**AND**00**CENTS***

***GERVAIS FORO***********************
*********************************
*********************************

$**34,000.00

Drawer: Fleet Bank

**NON NEGOTIABLE**
CUSTOMER COPY

0028.FF 07/30/04 19:45
OFFICIAL CHECK
07735 B: 156 81949 Fitchburg

Issued By Integrated Payment Systems Inc., Englewood, Colorado
Bank One, NA. Denver, Colorado

Exhibit
22

**Fleet**

**PERSONAL MONEY ORDER**

228349018

Memo: *for Ford truck*

Date: AUG 03, 04

Issued by Integrated Payment Systems Inc., Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

82-40/1021

NOT VALID OVER $1000

81949

NOTE: THE PURCHASER OF THIS MONEY ORDER AGREES TO INSERT IN INK, THE PAYEE'S NAME AND ADDRESS, AND ASSUMES ALL RESPONSIBILITY FOR EVENTS MADE POSSIBLE BY FAILURE TO DO SO.

******410.94

PAY $***410*DOLLARS*AND*94*CENTS*

TO THE ORDER OF

GERVAIS FORD

NON NEGOTIABLE

SIGNATURE: *Christopher Paul Conley*
STREET ADDRESS: 56 [illegible]
CITY/STATE/ZIP: Laconia NH 03246

CUSTOMER COPY

RETAIN THIS COPY FOR YOUR RECORDS



**OFFICIAL CHECK**  
25216236

**Fleet**  
Remitter: CHRISTOPHER CONLIN  
Date: SEP 01, 04

61949  
PAY ******1,500*DOLLARS*AND*00*CENTS**  $***1,500.00

TO THE ORDER OF  
**Gervais Ford**************************  
*********************************  
*********************************

Drawer: Fleet Bank

0053. **NON-NEGOTIABLE**  
OFFICIAL CHECK CUSTOMER COPY  $1,500  
07735       61949 Fitchburg

Issued By Integrated Payment Systems Inc., Englewood, Colorado  
Bank One, NA, Denver, Colorado

JS 44
(Rev. 12/96)

04-40242

# CIVIL COVER SHEET

ATTACHMENT #2

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Christopher Paul Conlin
3 Lynn Street
Fitchburg, Massachusetts 01420

**DEFENDANTS**
FORD MOTOR COMPANY
THE AMERICAN ROAD
DEARBORN, MICHIGAN 48121

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Northern Worcester County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other |  | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

TORT ACTION MOTOR VEHICLE PRODUCT LIABILITY

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $250,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

04-40242



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT #3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) CHRISTOPHER P. CONLIN
   v. FORD MOTOR COMPANY

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   X III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   __ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   __ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)   YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☐   NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).   YES ☐   NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?   YES ☒   NO
   (a)   IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? FITCHBURG, MA 01420

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION:   YES ☐   NO ☐     OR WESTERN SECTION:   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)   Representing myself
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(Categfrm.rev - 3/97)