The Ford Motor Company
The American Road
Dearborn, Michigan 48121

FILED
IN CLERKS OFFICE

2004 NOV 18  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case #   04-40242 FDS

November 15, 2004

Christopher Paul Conlin
3 Lynn Street
Fitchburg, Massachusetts 01420
Ph & Fax (978)-343-3945
Cell Ph   (603)- 520-2367

Dear Sir:

Please be advised I am suing you in United States District Court, for the District of Massachusetts. I am bringing this cause of action for a defective truck you manufactured.

Enclosed is a stamped law suit with seal of the Clerk of Courts for the United States District Court, Boston, Massachusetts. I strongly urge you to read the complaint and call me as soon as possible.

Sincerely

Christopher Paul Conlin

Encl: Federal Complaint and Exhibits

ER917500005US

The Ford Motor Company
The American Road
Dearborn, Michigan 48121

Case #    04-40242 FDS

November 15, 2004

Christopher Paul Conlin
3 Lynn Street
Fitchburg, Massachusetts 01420
Ph & Fax (978)-343-3945
Cell Ph   (603)- 520-2367

Dear Sir:

Please be advised I am suing you in United States District Court, for the District of Massachusetts. I am bringing this cause of action for a defective truck you manufactured.

Enclosed is a stamped law suit with seal of the Clerk of Courts for the United States District Court, Boston, Massachusetts. I strongly urge you to read the complaint and call me as soon as possible.

Sincerely

Christopher Paul Conlin

Encl: Federal Complaint and Exhibits
Express mail
ER 417 500 005 US