Office of The Clerk
United States District Court
Harold D. Donohue Federal Building and Courthouse
595 Main Street, Suite # 502 Attn Mr. Tony Anastas
Worcester, Massachusetts 01608

December 24, 2004   CIVIL No. 04-40242-FDS

Christopher Paul Conlin
3 Lynn Street Apt 2/F
Fitchburg, Massachusetts 01420
PH& FAX (978)-343-3945

Dear Sir :

In accordance with the rules of civil procedure service was affected upon the Defendant Ford Motor Company at 11:am on the 15th of December 2004. Please note the return receipt photo-copy tendered to me by the postal service. Express mail item # ER 917-500-005-US.

The Defendant has until January 4, 2004 to respond to this complaint. If the Defendant does not respond to this complaint I plan to ask the court to enter judgment by default against the Defendant and award the amount of damages asked for in the law suit, a total of ($ 250,000.00) two hundred fifty thousand dollars.

Thank you for your attention in this matter.

Respectfully Submitted
*[signature]*
Christopher Paul Conlin

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Christopher Paul Conlin
3 Lynn Street Apt 2F
Fitchburg, Massachusetts 01420

V.

The Ford Motor Company
The American Road
Dearborn, Michigan 48121

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-40242 FDS

TO: (Name and address of Defendant)

The Ford Motor Company
The American Road
Dearborn, Michigan 48121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Paul Conlin
3 Lynn Street Apartment # 2/F
Fitchburg, Massachusetts 01420

Phone # (978)-343-3945
Cell Phone # (603)-520 - 2367

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                                    11-29-04
CLERK                                                              DATE

_Shury Jones_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 15, 2004    Christopher Paul Corbin
                Date              Signature of Server
@ 11:AM

✓ Return Receipt # ER 917 500 005 US    Express Mail
        Address of Server

U.S. Postal Office
Fitchburg, MA 01420

FEDEX MAIL
#_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Date: 12/18/2004

chris conlin
3 LYNN ST APT 2F
FITCHBURG, MA 01420-5607

Dear chris conlin:

The following is in response to your 12/16/2004 request for delivery information on your Express Mail item number ER91 7500 005U S. The delivery record shows that this item was delivered on 12/15/2004 at 11:00 AM in DEARBORN, MI 48121 to B YOUNG. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *Bettina Young*

Address of Recipient: *Bettina Young*
*P.O. Box 1899*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



UNITED STATES POSTAL SERVICE

04-40242 FDS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Christopher Paul Conlin
3 Lynn Street Apt 2F
Fitchburg, Massachusetts 01240