UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER PAUL COLIN,
    Plaintiff

v.                                                          CIVIL ACTION NO.
                                                            04-40242
FORD MOTOR COMPANY,
    Defendant.

### CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Rule 7.3(A) of the Local Rules of the U. S. District Court for the District of Massachusetts and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ford Motor Company (a private non-government party) certifies that Ford Motor Company has no parent corporation and that no publicly held company owns 10% or more of its stock and no other corporation has a financial interest in this matter.

Respectfully submitted,

FORD MOTOR COMPANY

By its counsel

Craig R. Browne, BBO #061340
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date: 1/4/05

"I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5."