Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

April 12, 2005

Martin Castles
Civil Clerk for
The Honorable F. Dennis Saylor, IV
United States District Court
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 02210

Re:   Christopher Paul Colin v.
      Ford Motor Company
      Docket No. 04-40242

Dear Mr. Castles:

I am writing to confirm that on behalf of the parties in this case, the matter has settled. Please forward a Thirty Day Order.

Very truly yours,

Craig R. Browne

CRB/cs
cc – Christopher Paul Colin

PRINCE ▲ LOBEL ▲ GLOVSKY & TYE LLP